UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Case No. 13-mj-4219-DHH** |
| ) | |
| **ANGEL L. CALIXTO,** ) | |
| **Defendant.** ) | |

### GOVERNMENT'S MOTION TO UNSEAL COMPLAINT

The United States of America hereby moves this Court to direct that the complaint, supporting affidavit, and arrest warrant be unsealed. In support of this motion, the government states that the defendant was arrested on December 6, 2013, and that there is no further reason to keep the complaint, supporting affidavit, and arrest warrant secret.

The United States of America further moves this Court to direct that the attached redacted version of the supporting affidavit be filed with the Court. As grounds therefore, the government states that public disclosure of an unredacted supporting affidavit might jeopardize the ongoing investigation of this case and that the redactions involve the names of uncharged coconspirators. Furthermore, Local Rule 116.1(c)(1)(E) requires that the names of uncharged coconspirators be redacted from all public filings.

Respectfully submitted,
CARMEN M. ORTIZ
United States Attorney

By: /s/ Cory S. Flashner
Cory S. Flashner
Assistant U.S. Attorney